**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| DR. ADIL JAFFER<br>3900 Dorado Beach Drive<br>Canfield, Ohio 44406<br><br>*Plaintiff*,<br><br>v.<br><br>STEWARD MEDICAL GROUP, INC.<br>111 Huntington Avenue<br>Suite 1800<br>Boston, Massachusetts 02199<br><br>*Defendant*. | CASE NO.<br><br>JUDGE<br><br><br><br><br><br><br>**NOTICE OF REMOVAL OF CIVIL ACTION** |

Defendant Steward Medical Group, Inc. ("Steward," or "Defendant"), by and through undersigned counsel, submits this Notice of Removal of Civil Action to the United States District Court for the Northern District of Ohio, Eastern Division, from the Court of Common Pleas for Trumbull County, Ohio, and states as follows:

1. On or about March 4, 2020, Plaintiff Dr. Adil Jaffer ("Plaintiff") commenced a civil action against Defendants entitled *Dr. Adil Jaffer v. Steward Medical Group, Inc.*, Case No. 2021 CV 00225 ADL, in the Trumbull County Court of Common Pleas (the "State Court Lawsuit").

2. On March 5, 2020, Steward was served with a copy of the Summons and Complaint in the State Court Lawsuit via e-mail to the undersigned. A copy of all process, pleadings, and orders served upon Steward in the State Court Lawsuit are attached as **Exhibit A**. Steward, through the undersigned, signed and returned a Waiver of Service form to counsel for Plaintiff.

3. No further pleadings have been filed and no substantive proceedings have taken place in the State Court Lawsuit since the filing of the Complaint.

4. Steward files this Notice of Removal within thirty (30) days after it received service of the Summons and Complaint. Accordingly, this Notice is timely filed in compliance with 28 U.S.C. §1446(b).

5. This action is being removed to this Court pursuant to 28 U.S.C. §1441(a) and 28 U.S.C. §1331, because Plaintiff's Complaint arises under the laws of the United States. Specifically, Plaintiff brings an alleged cause of action against Steward purportedly under the False Claims Act, 31 U.S.C. § 3729 *et seq*. *See* Compl. at ¶¶ 67-73. Because Plaintiff's Complaint involves, in part, a federal cause of action based on a federal statute, removal is proper. *See e.g. Omotosho v. Giant Eagle, Inc.*, No. 4:11CV00441, 2011 U.S. Dist. LEXIS 149487, at *3 (N.D. Ohio Dec. 29, 2011) ("[d]istrict courts have original jurisdiction over civil actions that arise under federal law…").

6. This action is also being removed to this Court pursuant to 28 U.S.C.S. 1441 (b)(1) and 28 U.S.C. § 1332, because there is complete diversity of citizenship between the actual parties. Furthermore, based on the face of the Complaint, it is more likely than not that the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *See, e.g., Absolute Mach. Tools, Inc. v. Clancy Mach. Tools, Inc*., 410 F. Supp. 665 (N.D. Ohio 2005).

7. Plaintiff is a citizen of the State of Ohio. *See* Compl. at ¶ 1.

8. Steward is incorporated in the Commonwealth of Massachusetts with its principal place of business in Watertown, Massachusetts. Therefore, Steward is a citizen of a state other than Ohio.

9. Because Plaintiff is a citizen of Ohio and Steward is a Massachusetts entity, with a principal place of business in Massachusetts, complete diversity exists between the parties in this case.

10. Regarding the amount in controversy, Plaintiff alleges three separate causes of action: (1) Count One: alleged retaliation in violation of the federal False Claims Act, 31 U.S.C. §§ 3729 *et seq.*; (2) Count Two: alleged termination in violation of Ohio public policy; and (3) Count Three: alleged tortious interference with a business relationship under Ohio law. In damages, Plaintiff seeks "back pay, front pay, compensatory damages, liquidated damages, costs, expenses, punitive damages, interest, and reasonable attorneys' fees." *See* Compl., Demand for Relief.

11. Plaintiff specifically demands recovery on his Count Three "in an amount to be determined at trial, but in any event [which] exceeds $75,000.00." *See* Compl. at ¶ 97. Plaintiff's other two counts seek damages in excess of this amount, in the forms of compensation for back pay, liquidated damages, punitive damages, font pay, interest, and compensation for economic and non-economic loss, among others. *See* Compl. at ¶¶ 73, 91.

12. It is well-settled that the amount in controversy is not measured at the low end of an open-ended claim, but rather by a reasonable reading of the value of the rights being litigated. *Angus v. Shiley, Inc.*, 989 F.2d 142, 146 (3d Cir. 1993). Further, Ohio Civil Rule 54(C) provides that "every final judgment shall grant the relief to which the party in whose favor it is rendered is entitled, even if the party has not demanded the relief in the pleadings." *See, e.g., Davis v. Kindred Nursing Ctr. E., LLC*, 2006 U.S. Dist. LEXIS 11425 (S.D. Ohio, March 2, 2006) (removal proper despite the plaintiff's attempt to disclaim damages in excess of $75,000.00).

13. Plaintiff claims damages in excess of $75,000.00 on his Count Three alone. Combined with Plaintiff's requested relief on his other Counts, including compensatory damages, front and back pay, and punitive damages, it is clear that the Complaint alleges an amount in

controversy in excess of the $75,000.00 jurisdictional threshold, not including Plaintiff's claimed attorney's fees and costs.

14. Accordingly, removal of this action is also proper pursuant to 28 U.S.C. § 1441 (b)(1) and 28 U.S.C. § 1332 because this Court has diversity of citizenship jurisdiction.

15. On the same date as the filing of this Notice of Removal of Civil Action, Defendants served by electronic mail a copy of this Notice of Removal of Civil Action upon Plaintiff's counsel at the electronic mail addresses set forth in the Complaint: Ann-Marie Ahern, Esq., John E. Moran, Esq., and Frank T. George, Esq., McCarthy, Lebit, Crystal & Liffman, L.P.A., ama@mccarthylebit.com, jem@mccarthylebit.com, and ftg@mccarthylebit.com.

16. On the same date as the filing of this Notice of Removal, Steward is also filing a copy of this Notice of Removal with the Clerk of Court for the Court of Common Pleas for Trumbull County, Ohio, the county in which this action was commenced and is pending at this time. A true and accurate copy of this Notice of Filing of Notice of Removal is attached hereto as **Exhibit B**.

**WHEREFORE**, Defendants respectfully request that the above-entitled action now pending against them in the Trumbull County Court of Common Pleas be removed therefrom to this Court.

Dated: April 2, 2021

Respectfully submitted,

**JACKSON LEWIS P.C.**

/s/ *Vincent J. Tersigni*
Vincent J. Tersigni (#0040222)
Richard L. Hilbrich (#0092143)
Park Center Plaza I, Suite 400
6100 Oak Tree Boulevard
Cleveland, OH 44131
Tel.: (216) 750-0404
Fax: (216) 750-0826
Vincent.Tersigni@JacksonLewis.com
Richard.Hilbrich@JacksonLewis.com

*Counsel for Defendant Steward Medical Group, Inc.*

4823-5253-2449, v. 1