IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DR. ADIL JAFFER, | ) | CASE NO. 4:21-cv-00723-BYP |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| STEWARD MEDICAL GROUP, INC. | ) | **NOTICE OF DISCOVERY DISPUTE** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Plaintiff, Dr. Adil Jaffer ("Plaintiff"), through counsel, and in conformance with LR 37.1 and Paragraph 9 of the Case Management Order (ECF 12), hereby submits his letter, attached hereto as **Exhibit A**, to provide informal notice to the Court of a discovery dispute between Plaintiff and Defendant, Steward Medical Group ("Defendant"). Plaintiff's counsel certifies that he has made a sincere, good faith effort to resolve this dispute with Defendant's counsel, with the details of such efforts set forth in the attached letter. Given that the dispute essentially involves Plaintiff's entire first round of written discovery requests, Plaintiff submits this informal notice in writing so as to provide the Court with an efficient method of reviewing the issues.

Respectfully submitted,

*/s/ John E. Moran*
Ann-Marie Ahern (#0070020)
*ama@mccarthylebit.com*
John E. Moran (#0087272)
*jem@mccarthylebit.com*
Frank T. George (#0097925)
*ftg@mccarthylebit.com*
McCARTHY, LEBIT, CRYSTAL
 & LIFFMAN CO., L.P.A.
101 West Prospect Avenue
1800 Midland Building
Cleveland, Ohio 44115
(216) 696-1422
(216) 696-1210 (facsimile)
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Discovery Dispute has been filed electronically on this 6th day of July, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties not receiving service through the Court's electronic filing system will be served by regular U.S. mail. Parties may access this filing through the Court's system.

*/s/ John E. Moran*
John E. Moran (#0087272)