PEARSON, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| DR. ADIL JAFFER, ) | |
| ) | CASE NO. 4:21-CV-00723 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| STEWARD MEDICAL GROUP, INC., ) | |
| ) | |
| ) | **ORDER OF DISMISSAL** |
| Defendant. ) | |

On September 17, 2021, the Court was notified that the parties have reached a settlement. Therefore, the docket shall be marked "settled and dismissed without prejudice." On or before October 18, 2021, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this Order.

All upcoming case management dates are vacated, including the Telephonic Status Conference scheduled for September 29, 2021.

IT IS SO ORDERED.

| | |
|---|---|
| September 17, 2021 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |