Approved.
/s/ *Benita Y. Pearson* on 10/18/2021
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DR. ADIL JAFFER, | ) | Case No. 4:21-cv-00723 |
| | ) | |
| *Plaintiff*, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| vs. | ) | |
| | ) | |
| STEWARD MEDICAL GROUP, INC., | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties in the above-captioned matter jointly report that they have reached a settlement in this matter, and hereby agree and stipulate to the dismissal with prejudice of all claims asserted in this action, with each party to bear their own attorneys' fees and costs and waiving all rights of appeal. The parties also stipulate and agree that the United States District Court for the Northern District of Ohio shall retain jurisdiction over the parties' settlement, including the parties' mutually executed agreement to that effect.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **McCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.** | **WICKENS HERZER PANZA** |
| */s/ John E. Moran* | */s/ Jonathan T. Hyman* |
| Ann-Marie Ahern  (#0070020) | Jonathan T. Hyman |
| John E. Moran  (#0087272) | 35765 Chester Rd. |
| 1111 Superior Court Avenue East | Avon, OH 44011 |
| Suite 2700 | Tel.: (440) 695-8044 |
| Cleveland, Ohio 44114 | Fax: (440) 695-8098 |
| Tel: (216) 696-1422 | jyhman@wickenslaw.com |
| Fax: (216) 696-1210 | |
| ama@mccarthylebit.com | **TODD & WELD, LLP** |
| jem@mccarthylebit.com | |
| | Howard M. Cooper (MA Bar No. 543842, admitted *pro hac vice*) |
| Counsel for Plaintiff, | Seth J. Robbins (MA Bar No. 655146, admitted *pro hac vice*) |
| Dr. Adil N. Jaffer | One Federal Street |
| | Boston, MA 02110 |
| | Tel: (617) 720-2626 |
| | Fax: (617) 227-5777 |
| | hcooper@toddweld.com |
| | srobbins@toddweld.com |
| | |
| | Counsel for Defendant, |
| | Steward Medical Group, Inc. |

Dated:  October 18, 2021